UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID J. RIDDELL,
        Plaintiff,

v.                                      Case No: 6:16-cv-617-Orl-18GJK

STATE OF FLORIDA,
        Defendant.

## ORDER

This cause came on for consideration *sua sponte* on Magistrate Judge Gregory J. Kelly's own initiative. On May 16, 2016, Judge Kelly entered a Report and Recommendation wherein he recommends transfer of this case to the Ocala Division of the Middle District of Florida pursuant to Rule 1.02(c) of the Local Rules of the Middle District of Florida. (*See* Doc. 6 at 1-2.) No timely objections were filed to the Report and Recommendation.

The Court, having reviewed the Report and Recommendation (Doc. 6) and other filings in this case, hereby **ORDERS** and **ADJUDGES** as follows:

1. The Report and Recommendation (Doc. 6) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. This case is **TRANSFERRED** to the United States District Court, Middle District of Florida, Ocala Division, for all further proceedings.

3. The Clerk is directed to immediately transfer this case to the United Stated District Court, Middle District of Florida, Ocala Division.

**DONE AND ORDERED** in Orlando, Florida, this ____ day of June, 2016.

                                                        G. KENDALL SHARP
                                                        SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Unrepresented Parties